UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

ALLAN DAVID GRUNDY     PETITIONER

v.     CIVIL ACTION NO. 3:05-CV-106-S

RALPH T. DAILEY     RESPONDENT

## JUDGMENT

The above matter having been referred to the United States Magistrate Judge James D. Moyer pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and the Magistrate Judge having filed his Findings of Fact, Conclusions of Law and Recommendation, and objections having been filed, and the court having made a *de novo* determination of those portions of the Magistrate Judge's proposed Findings of Fact, Conclusions of Law and Recommendation to which objections have been made,

The court **ACCEPTS** the Findings of Fact, Conclusions of Law and Recommendation of the Magistrate Judge, and

**IT IS HEREBY ORDERED AND ADJUDGED** that the petition of Allan David Grundy for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS HEREBY ORDERED** that a certificate of appealability is denied for reasons set forth in the Magistrate Judge's Recommendation.

This is a final judgment, and there is no just cause for delay in its entry.

DATE:

Copies to:
Counsel of Record
Magistrate Judge James D. Moyer

CHARLES R. SIMPSON III, JUDGE
UNITED STATES DISTRICT COURT

April 18, 2007